SHERBURNE, libellant, *vs.* SHERBURNE.

The *Stat.* 1829, *ch.* 440, respecting divorces, applies only to cases where the desertion commenced after the passing of the statute.

THIS was a libel for divorce *a vinculo matrimonii*, filed *May* 13, 1829, by the husband against the wife ; alleging that she had unreasonably and wilfully deserted him more than five years, commencing *Feb.* 28, 1822.   The wife did not appear.

Sherburne *v.* Sherburne.

*Pond,* for the libellant, relied on the *Stat.* 1829, *ch.* 440, which first authorized a divorce *a vinculo* for this cause.

But THE COURT said that to construe the statute in such a manner would be a violation of private rights.　Until the passing of the statute, the desertion of the wife could not affect the existence of the marriage contract; and to declare it dissolved now, for that cause, would be to give the statute a retrospective operation which the legislature could not have intended.　　　*Libel dismissed.*